UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY MCNAIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| EASTERN DISTRICT NC FEDERAL ) | Case No. 5:13-CV-738-FL |
| OFFICIALS and N.C. GENERAL ) | |
| ASSEMBLY STATE OFFICIALS, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 7, 2014, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on May 7, 2014, and Copies To:**

Anthony McNair (via U.S. Mail) 1228 Hill Street, Rocky Mount, NC 27801


May 7, 2014                    JULIE A. RICHARDS, CLERK
                                 /s/ Christa N. Baker
                               (By) Christa N. Baker, Deputy Clerk